UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CANDICE RENEA CANNON,**

    **Plaintiff,**

v.                                                                  Case No.: 8:24-cv-01715-AAS

**MARTIN O'MALLEY,**
**Commissioner of Social Security**
**Administration,**

    **Defendant.**

_____/

# ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 20). This request is unopposed. (*Id.*, p. 2).

The Commissioner requests remand with entry of judgment for these reasons:

> On remand, the case will be remanded to an administrative law judge who will evaluate the prior administrative medical findings consistent with 20 C.F.R. §§ 404.1520c, 416.920c, addressing any inconsistencies, offer Plaintiff an opportunity for a supplemental hearing, and issue a new decision.

(*Id.* at p. 1). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See*

*Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's unopposed motion for entry of judgment with remand (Doc. 20) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and close the file.

**ENTERED** in Tampa, Florida, on January 8, 2025.

*[signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge