UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CANDICE RENEA CANNON,**

    **Plaintiff,**

v.                                                                       **Case No.: 8:24-cv-1715-AAS**

**LELAND DUDEK,**[1]
**Commissioner of Social Security**
**Administration,**

    **Defendant.**
_____/

## **ORDER**

Candice Renea Cannon moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. 24). The Commissioner does not oppose the motion. (*Id.*, p. 4).

Ms. Cannon requests $10,007.70 in attorney and paralegal fees and $400.00 in filing costs. The EAJA permits awards for reasonable attorney's fees to a prevailing party against the United States. 28 U.S.C. § 2412. A January 8, 2025 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 21). The Clerk of Court entered judgment in favor of Ms. Cannon. (Doc. 22).

---

[1] Leland Dudek became Acting Commissioner of Social Security on February 16, 2025. Under Fed. R. Civ. P. 25(d), Leland Dudek is substituted as the defendant in this action. *See* 28 U.S.C. § 405(g).

1

The Commissioner does not contest the following: Ms. Cannon is the prevailing party; the Commissioner's position was not substantially justified; and Ms. Cannon's attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Cannon is entitled to $10,007.70 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Cannon owes a debt to the United States. Ms. Cannon assigned her rights to EAJA fees to her attorney. (Doc. 24-2). So, if Ms. Cannon has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Ms. Cannon's motion for attorney's fees under the EAJA (Doc. 24) is **GRANTED**. Ms. Cannon is awarded **$10,007.70** in attorney's fees.

**ORDERED** in Tampa, Florida, on March 25, 2025.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge